IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v- 26-MC-12

APPROXIMATELY $5,540.00 UNITED STATES CURRENCY,

Defendants.

**STIPULATION TO EXTEND GOVERNMENT'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION**

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and James D. Doyle, Esq., attorney for claimant Ersin Yaman (hereinafter "the claimant"), that pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the government's time to file its Verified Complaint for Forfeiture against the above-named property be extended from August 31, 2026 to December 4, 2026.

The parties to this Stipulation further agree that the claimant may revoke the consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint

for Forfeiture.

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

Dated: 8/17/26

BY: *Melanie Bailey*

Melanie J. Bailey
Assistant United States Attorney
138 Delaware Avenue
Buffalo, New York 14202
716-843-5863
Melanie.Bailey@usdoj.gov

Dated: 8/17/26

James D. Doyle, Esq.
Attorney for Claimant
The Law Office of James D. Doyle
1325 Long Pond Road
Rochester, New York 14626